**No. 63697.**—Kaiser Reismann Corp. *v.* United States, protests 58/16746, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respect to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.